UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: FASTEEL, INC. | § Case No. 09-45879-BWB |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/29/2011 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/27/2011            By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                       Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: FASTEEL, INC. § | Case No. 09-45879-BWB |
| § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 54,206.21 |
| *and approved disbursements of* | $ 217.50 |
| *leaving a balance on hand of* [1] | $ 53,988.71 |
| **Balance on hand:** | $ 53,988.71 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 53,988.71 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 5,960.11 | 0.00 | 5,960.11 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 1,320.00 | 0.00 | 1,320.00 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 31.45 | 0.00 | 31.45 |
| Accountant for Trustee, Fees - Alan D. Lasko | 4,239.40 | 0.00 | 4,239.40 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 42.26 | 0.00 | 42.26 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 11,593.22 |
| Remaining balance: | $ 42,395.49 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $    0.00 |
| Remaining balance: | $    42,395.49 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $29,043.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11P-3 | Department of Treasury | 13,765.65 | 0.00 | 13,765.65 |
| 15P | Illinois Dept of Revenue | 15,277.98 | 0.00 | 15,277.98 |

|   |   |
|---|---|
| Total to be paid for priority claims: | $    29,043.63 |
| Remaining balance: | $    13,351.86 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,703.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CES Crane Rental, LLC | 2,110.00 | 0.00 | 505.75 |
| 2 | Airgas North Central | 8,643.00 | 0.00 | 2,071.67 |
| 3 | Southtown Paint & Wallpaper | 5,545.35 | 0.00 | 1,329.18 |
| 4 | WW Timbers | 850.00 | 0.00 | 203.74 |
| 5 | Black Diamond Pipe & Tube Inc | 5,926.93 | 0.00 | 1,420.65 |
| 6 | Threaded Industries | 585.65 | 0.00 | 140.38 |
| 9 | Illini Hi-Reach, Inc. | 557.00 | 0.00 | 133.51 |
| 10 | American Express Bank, FSB | 19,375.89 | 0.00 | 4,644.28 |
| 11U-3 | Department of Treasury | 2,979.10 | 0.00 | 714.07 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 12 | Dearborn Overhead Crane | 2,652.58 | 0.00 | 635.81 |
| 13 | Citibank South Dakota NA | 1,538.66 | 0.00 | 368.81 |
| 14 | AM Castle | 532.27 | 0.00 | 127.58 |
| 15 | Illinois Dept of Revenue | 4,407.40 | 0.00 | 1,056.43 |

Total to be paid for timely general unsecured claims: $ 13,351.86
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                 Northern District of Illinois

In re:                                                                              Case No. 09-45879-BWB
Fasteel Incorporated                                                                Chapter 7
        Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0752-1          User: dgomez                Page 1 of 2                Date Rcvd: Jun 29, 2011
                              Form ID: pdf006             Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2011.
db           +Fasteel Incorporated,    P.O. Box 606,   Plainfield, IL 60544-0606
aty          +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,   Orland Park, IL 60462-3760
aty          +Patrick A Meszaros,    Law Offices Of Patrick A Meszaros,    1100 W. Jefferson Street,
               Joliet, IL 60435-6814
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
14805226      AAA Galvanizing - Joliet,    PO Box 843771,   Dallas, TX 75284-3771
14805228     +AJAX Linen & Uniform,    1005 Geneva Street,   Shorewood, IL 60404-9409
14805229     +AM Castle,   3400 Wolf Road,    Franklin Park, IL 60131-1394
14805232     +AT&T,   P.O. Box 105686,    Atlanta, GA 30348-5686
14805233     +ATG Sales,   1171 N 3000 East Road,    Sheldon, IL 60966-9788
15007265     +Airgas North Central,    Pob 2395,   Waterloo IA 50704-2395
14805227     +Airgas North Central,    2220 West Jefferson Street,    Joliet, IL 60435-6512
14805230      American Express,    Box 0001,   Los Angeles, CA 90096-0001
15052165      American Express Bank, FSB,    Attorneys/Agent for Creditor,    POB 3001,   Malvern, PA 19355-0701
14805231     +American Fabricators & Supply,    PO Box 2948,   Naperville, IL 60567-2948
14805234     +Baytree Finance Company,    PO Box 94143,   Palatine, IL 60094-4143
14805235     +Black Diamond Pipe & Tube,    Po Box 113,   Bedford Park, IL 60499-0113
15019368     +Black Diamond Pipe & Tube Inc,    521 N First St.,,   Peotone, IL 60468-8975
14805236     +CES Crane Rental, LLC,    PO Box 1674,   Bridgeview, IL 60455-0674
14805237     +CHI-Town Steel Corporation,    P.O. Box 7591,   Romeoville, IL 60446-0591
14805238     +Cit Bank,   12234 N IH 35,    SB Bldg B,   Austin, TX 78753-1705
15197553     +Citibank South Dakota NA,    DBA,   4740 121st St,   Urbandale, IA 50323-2402
14805239      Client Services, Inc,    PO Box 1503,   Saint Peters, MO 63376-0027
14805241     +Dearborn Overhead Crane,    1133 E. 5th Street,   Mishawaka, IN 46544-2831
14805249      Department of Treasury,    Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
14805242     +Dick’s Towing Service,    911 N. Broadway Street,    Joliet, IL 60435-6209
14805243      Ford Credit,   PO Box 790093,    Saint Louis, MO 63179-0093
14805244     +GC Services Limited,    PO Box 46960,   Saint Louis, MO 63146-6960
14805245     +Hilti Inc.,   PO Box 382002,    Pittsburgh, PA 15250-8002
14805246     +Home Depot,   P.O. Box 105981,    Dept. 51,   Atlanta, GA 30348-5981
14805248    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:     Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60606)
14805247     +Illini Hi-Reach, Inc.,    13633 Main Street,   Lemont, IL 60439-9179
17085680      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
14805250     +JLP Corp.,   11440 W. 123rd Place,    Palos Park, IL 60464-1455
14805251     +Law Offices of W.C. French,    PO Box 572884,   Houston, TX 77257-2884
14805252     +Levy Diamond Bello & Assoc.,    PO Box 352,   Milford, CT 06460-0352
14805253     +Ltd. Financial Services, L.P.,    7322 Southwest Freeway,    Suite 1600,   Houston, TX 77074-2053
14805254     +McCarthy, Burgess & Wolff,    The MB&W Bldg.,   26000 Cannon Road,    Cleveland, OH 44146-1807
14805255     +McMahan & Sigunick, Ltd,    412 S. Wells Street,    6th Floor,   Chicago, IL 60607-3923
14805256     +OWS Enterprises, Inc.,    645 S. Wheeling,   Wheeling, IL 60090-5706
14805257     +Progressive,   PO Box 30108,    Tampa, FL 33630-3108
14805258     +Rental Max,   908 E. Roosevelt Rd,    Wheaton, IL 60187-5651
14805259     +Road King Tire & Service,    1200 S. Cedar Road,    New Lenox, IL 60451-2678
14805260     +Select PEO, Inc,   13412 W. Star,    Utica, MI 48315-2705
14805261     +Southtown Paint & Wallpaper,    3401 W. 95th Street,    Evergreen Park, IL 60805-2299
14805262     +Spina, McGuire & Okal,    7610 W. North Avenue,    Elmwood Park, IL 60707-4142
14805263     +Sugar Steel,   2521 State St.,    Chicago Heights, IL 60411-4300
14805264     +Tax Management Consultants,    Rick Randick,   5300 Main Street,    Downers Grove, IL 60515-4846
14805265     +Technology Insurance Co.,    PO Box 31520,   Independence, OH 44131-0520
14805266     +The Travelers Indemnity Company,    C/O Baker & Miller PC,    29 N. Wacker Drive 5th Floor,
               Chicago, IL 60606-2851
14805267     +Threaded Industries,    9951 W. 190th Street,   Suite C,    Mokena, IL 60448-8336
14805268     +United Self Storage,    21005 Division Street,   Crest Hill, IL 60403-2052
14805269     +Vanessa Hernandez,    16153 Laurel Oak Dr.,   Crest Hill, IL 60403-0737
14805270     +WW Timbers,   10150 Virginia Ave,    Ste A,   Chicago Ridge, IL 60415-3715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14805240      E-mail/Text: legalcollections@comed.com Jun 29 2011 23:06:59      ComED,   PO Box 6111,
               Carol Stream, IL 60197-6111
14805263     +E-mail/Text: agallagher@sugarsteel.com Jun 29 2011 23:07:41      Sugar Steel,    2521 State St.,
               Chicago Heights, IL 60411-4300
                                                                                              TOTAL: 2
```

```
District/off: 0752-1          User: dgomez              Page 2 of 2              Date Rcvd: Jun 29, 2011
                              Form ID: pdf006           Total Noticed: 57

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2011**                    **Signature:**    *Joseph Speetjens*