**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FASTEEL, INC.   § Case No. 09-45879-BWB
§
§
Debtor(s)   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   Assets Abandoned:  $31,375.00                      Assets Exempt:  $0.00
   *(without deducting any secured claims)*

   Total Distribution to Claimants: $42,396.38        Claims Discharged
                                                      Without Payment:  $42,351.08

   Total Expenses of Administration:  $11,810.72

   3)  Total gross receipts of $    54,207.10    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2**), yielded net receipts of $54,207.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,810.72 | 11,810.72 | 11,810.72 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 40,043.63 | 29,043.63 | 29,043.63 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 80,311.85 | 55,703.83 | 13,352.75 |
| **TOTAL DISBURSEMENTS** | $0.00 | $132,166.20 | $96,558.18 | $54,207.10 |

    4)  This case was originally filed under Chapter 7 on December 30, 2009. The case was pending for 20 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2011           By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING - HARRIS BANK | 1129-000 | 615.46 |
| MECHANICS LIEN CLAIM | 1229-000 | 53,586.00 |
| Interest Income | 1270-000 | 5.64 |
| **TOTAL GROSS RECEIPTS** | | **$54,207.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 5,960.11 | 5,960.11 | 5,960.11 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 1,320.00 | 1,320.00 | 1,320.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 31.45 | 31.45 | 31.45 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Alan D. Lasko | 3410-000 | | N/A | 4,239.40 | 4,239.40 | 4,239.40 |
| Alan D. Lasko | 3420-000 | | N/A | 42.26 | 42.26 | 42.26 |
| INTERNATIONAL SURETIES, | 2300-000 | | N/A | 0.50 | 0.50 | 0.50 |
| ILLINOIS DEPT OF REVENUE | 2820-000 | | N/A | 217.00 | 217.00 | 217.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 11,810.72 | 11,810.72 | 11,810.72 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Illinois Department of Revenue | 5800-000 | N/A | 9,000.00 | 0.00 | 0.00 |
| 8P | Department of Treasury | 5800-000 | N/A | 2,000.00 | 0.00 | 0.00 |
| 11P-3 | Department of Treasury | 5800-000 | N/A | 13,765.65 | 13,765.65 | 13,765.65 |
| 15P | Illinois Dept of Revenue | 5800-000 | N/A | 15,277.98 | 15,277.98 | 15,277.98 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 40,043.63 | 29,043.63 | 29,043.63 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CES Crane Rental, LLC | 7100-000 | N/A | 2,110.00 | 2,110.00 | 505.79 |
| 2 | Airgas North Central | 7100-000 | N/A | 8,643.00 | 8,643.00 | 2,071.81 |
| 3 | Southtown Paint & Wallpaper | 7100-000 | N/A | 5,545.35 | 5,545.35 | 1,329.27 |
| 4 | WW Timbers | 7100-000 | N/A | 850.00 | 850.00 | 203.75 |
| 5 | Black Diamond Pipe & Tube Inc | 7100-000 | N/A | 5,926.93 | 5,926.93 | 1,420.74 |
| 6 | Threaded Industries | 7100-000 | N/A | 585.65 | 585.65 | 140.39 |
| 7U | Illinois Department of Revenue | 7100-000 | N/A | 15,625.77 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8U | Department of Treasury | 7100-000 | N/A | 8,982.25 | 0.00 | 0.00 |
| 9 | Illini Hi-Reach, Inc. | 7100-000 | N/A | 557.00 | 557.00 | 133.52 |
| 10 | American Express Bank, FSB | 7100-000 | N/A | 19,375.89 | 19,375.89 | 4,644.59 |
| 11U-3 | Department of Treasury | 7100-000 | N/A | 2,979.10 | 2,979.10 | 714.12 |
| 12 | Dearborn Overhead Crane | 7100-000 | N/A | 2,652.58 | 2,652.58 | 635.85 |
| 13 | Citibank South Dakota NA | 7100-000 | N/A | 1,538.66 | 1,538.66 | 368.83 |
| 14 | AM Castle | 7100-000 | N/A | 532.27 | 532.27 | 127.59 |
| 15 | Illinois Dept of Revenue | 7100-000 | N/A | 4,407.40 | 4,407.40 | 1,056.50 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 80,311.85 | 55,703.83 | 13,352.75 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-45879-BWB  
**Case Name:** FASTEEL, INC.  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 12/30/09 (f)  
**§341(a) Meeting Date:** 01/07/10  

**Period Ending:** 09/13/11  
**Claims Bar Date:** 04/15/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** | | **Petition/** | **Estimated Net Value** | **Property** | **Sale/Funds** | **Asset Fully** |
| (Scheduled And Unscheduled (u) Property) | | **Unscheduled** | **(Value Determined By Trustee,** | **Abandoned** | **Received by** | **Administered (FA)/** |
| | | **Values** | **Less Liens, Exemptions,** | **OA=§554(a)** | **the Estate** | **Gross Value of** |
| Ref. # | | | **and Other Costs)** | **DA=§554(c)** | | **Remaining Assets** |
| 1 | CHECKING - HARRIS BANK | 100.00 | 100.00 | | 615.46 | FA |
| 2 | ACCOUNTS RECEIVABLE | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 2006 FORD F150 | 8,000.00 | 0.00 | | 0.00 | FA |
| 4 | 1989 FORD BOOM TRUCK | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1990 CHEVROLET PICKUP | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1986 INTERNATIONAL FLAT BED | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | MACHINERY/OFFICE FURNITURE/ETC. | 22,875.00 | 0.00 | DA | 0.00 | FA |
| 8 | MECHANICS LIEN CLAIM  (u) | 59,540.00 | 59,540.00 | | 53,586.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 5.64 | Unknown |
| 9 | Assets    Totals (Excluding unknown values) | **$99,015.00** | **$59,640.00** | | **$54,207.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

    PURSUING MECHANICS LIEN CLAIM

**Initial Projected Date Of Final Report (TFR):**    June 30, 2011    **Current Projected Date Of Final Report (TFR):**    March 30, 2012

Printed: 09/13/2011 11:26 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-45879-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | FASTEEL, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****28-65 - Money Market Account |
| Taxpayer ID #: | **-***9420 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/13/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/02/10 | {1} | FASTEEL, INC. | BALANCE OF CHEKCING ACCOUNT TURNOVER | 1129-000 | 615.46 | | 615.46 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 615.47 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 615.49 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 615.50 |
| 04/20/10 | | Wire out to BNYM account 9200******2865 | Wire out to BNYM account 9200******2865 | 9999-000 | -615.50 | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -615.50 | 0.00 | |
| **Subtotal** | 615.50 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$615.50** | **$0.00** | |

{} Asset reference(s)    Printed: 09/13/2011 11:26 AM    V.12.57

Case 09-45879    Doc 35    Filed 09/27/11    Entered 09/27/11 14:16:47    Desc Main
            Document      Page 8 of 11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-45879-BWB | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| **Case Name:** | FASTEEL, INC. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****28-66 - Checking Account |
| **Taxpayer ID #:** | **-***9420 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/13/11 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 09/13/2011 11:26 AM    V.12.57

Case 09-45879    Doc 35    Filed 09/27/11    Entered 09/27/11 14:16:47    Desc Main
Document      Page 9 of 11

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-45879-BWB  
**Case Name:** FASTEEL, INC.  
**Taxpayer ID #:** **-***9420  
**Period Ending:** 09/13/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******28-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2865 | Wire in from JPMorgan Chase Bank, N.A. account ********2865 | 9999-000 | 615.50 | | 615.50 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.03 | | 615.53 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.03 | | 615.56 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.02 | | 615.58 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.02 | | 615.60 |
| 02/15/11 | 11001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-45879, Bond# 016026455 | 2300-000 | | 0.50 | 615.10 |
| 02/16/11 | {8} | FIRST AMERICAN TITLE INSURANCE COMPANY | TURNOVER OF ESCROW FUNDS | 1229-000 | 53,586.00 | | 54,201.10 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.53 | | 54,201.63 |
| 03/21/11 | 11002 | ILLINOIS DEPT OF REVENUE | FEIN: 20-3029420/ IL-1120/YEAR END 3/2011 | 2820-000 | | 217.00 | 53,984.63 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.38 | | 53,986.01 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.33 | | 53,987.34 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.37 | | 53,988.71 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.44 | | 53,989.15 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.45 | | 53,989.60 |
| 08/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 53,989.60 |
| 08/01/11 | | To Account #9200******2866 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 53,989.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 54,207.10 | 54,207.10 | $0.00 |
| | | | Less: Bank Transfers | | 615.50 | 53,989.60 | |
| | | | **Subtotal** | | 53,591.60 | 217.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$53,591.60** | **$217.50** | |

{} Asset reference(s)    Printed: 09/13/2011 11:26 AM    V.12.57

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-45879-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | FASTEEL, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******28-66 - Checking Account |
| Taxpayer ID #: | **-***9420 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/13/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/01/11 | | From Account #9200******2865 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 53,989.60 | | 53,989.60 |
| 08/02/11 | 10101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $5,960.11, Trustee Compensation;  Reference: | 2100-000 | | 5,960.11 | 48,029.49 |
| 08/02/11 | 10102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $1,320.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,320.00 | 46,709.49 |
| 08/02/11 | 10103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $31.45, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 31.45 | 46,678.04 |
| 08/02/11 | 10104 | Alan D. Lasko | Dividend paid 100.00% on $4,239.40, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,239.40 | 42,438.64 |
| 08/02/11 | 10105 | Alan D. Lasko | Dividend paid 100.00% on $42.26, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 42.26 | 42,396.38 |
| 08/02/11 | 10106 | Department of Treasury | Dividend paid 100.00% on $13,765.65; Claim# 11P-3; Filed: $13,765.65; Reference: | 5800-000 | | 13,765.65 | 28,630.73 |
| 08/02/11 | 10107 | Illinois Dept of Revenue | Dividend paid 100.00% on $15,277.98; Claim# 15P; Filed: $15,277.98; Reference: | 5800-000 | | 15,277.98 | 13,352.75 |
| 08/02/11 | 10108 | CES Crane Rental, LLC | Dividend paid  23.97% on $2,110.00; Claim# 1; Filed: $2,110.00; Reference: | 7100-000 | | 505.79 | 12,846.96 |
| 08/02/11 | 10109 | Airgas North Central | Dividend paid  23.97% on $8,643.00; Claim# 2; Filed: $8,643.00; Reference: | 7100-000 | | 2,071.81 | 10,775.15 |
| 08/02/11 | 10110 | Southtown Paint & Wallpaper | Dividend paid  23.97% on $5,545.35; Claim# 3; Filed: $5,545.35; Reference: | 7100-000 | | 1,329.27 | 9,445.88 |
| 08/02/11 | 10111 | WW Timbers | Dividend paid  23.97% on $850.00; Claim# 4; Filed: $850.00; Reference: | 7100-000 | | 203.75 | 9,242.13 |
| 08/02/11 | 10112 | Black Diamond Pipe & Tube Inc | Dividend paid  23.97% on $5,926.93; Claim# 5; Filed: $5,926.93; Reference: | 7100-000 | | 1,420.74 | 7,821.39 |
| 08/02/11 | 10113 | Threaded Industries | Dividend paid  23.97% on $585.65; Claim# 6; Filed: $585.65; Reference: | 7100-000 | | 140.39 | 7,681.00 |
| 08/02/11 | 10114 | Illini Hi-Reach, Inc. | Dividend paid  23.97% on $557.00; Claim# 9; Filed: $557.00; Reference: | 7100-000 | | 133.52 | 7,547.48 |
| 08/02/11 | 10115 | American Express Bank, FSB | Dividend paid  23.97% on $19,375.89; Claim# 10; Filed: $19,375.89; Reference: | 7100-000 | | 4,644.59 | 2,902.89 |
| 08/02/11 | 10116 | Department of Treasury | Dividend paid  23.97% on $2,979.10; Claim# 11U-3; Filed: $2,979.10; Reference: | 7100-000 | | 714.12 | 2,188.77 |
| 08/02/11 | 10117 | Dearborn Overhead Crane | Dividend paid  23.97% on $2,652.58; Claim# 12; Filed: $2,652.58; Reference: | 7100-000 | | 635.85 | 1,552.92 |
| 08/02/11 | 10118 | Citibank South Dakota NA | Dividend paid  23.97% on $1,538.66; Claim# 13; Filed: $1,538.66; Reference: | 7100-000 | | 368.83 | 1,184.09 |

Subtotals :    $53,989.60    $52,805.51

{} Asset reference(s)

Printed: 09/13/2011 11:26 AM    V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-45879-BWB  
**Case Name:** FASTEEL, INC.  
**Taxpayer ID #:** **-***9420  
**Period Ending:** 09/13/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******28-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/11 | 10119 | AM Castle | Dividend paid 23.97% on $532.27; Claim# 14; Filed: $532.27; Reference: | 7100-000 | | 127.59 | 1,056.50 |
| 08/02/11 | 10120 | Illinois Dept of Revenue | Dividend paid 23.97% on $4,407.40; Claim# 15; Filed: $4,407.40; Reference: | 7100-000 | | 1,056.50 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| **ACCOUNT TOTALS** | 53,989.60 | 53,989.60 | $0.00 |
| Less: Bank Transfers | 53,989.60 | 0.00 | |
| **Subtotal** | 0.00 | 53,989.60 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$53,989.60** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****28-65** | 615.50 | 0.00 | 0.00 |
| **Checking # ***-*****28-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******28-65** | 53,591.60 | 217.50 | 0.00 |
| **Checking # 9200-******28-66** | 0.00 | 53,989.60 | 0.00 |
| | **$54,207.10** | **$54,207.10** | **$0.00** |

{} Asset reference(s)      Printed: 09/13/2011 11:26 AM    V.12.57